# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Williams, Patricia C. | Bankruptcy Court - Washington | 04/08/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge - Active | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

P.O. Box 2164
Spokane, WA 99210

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Mukogowa Ft. Wright Institute |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Patricia C. | 04/08/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Oregon State Bar | 4/26/12 - 4/28/12 | Seattle, WA | 25th Annual Northwest Bankruptcy Institute | Food, Lodging, Transportation and Registration Fee |
| 2. | Bankruptcy Bar Association | 6/15/12 - 6/16/12 | Winthrop, WA | Bankruptcy Bar Seminar | Food, Lodging and Seminar Fee |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Patricia C. | 04/08/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Patricia C. | 04/08/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BANK OF AMERICA (H) | | | | | | | | | |
| 2. Series E/EE Savings Bonds | | None | J | T | | | | | |
| 3. IDS LIFE INSURANCE COMPANY (H) | | | | | | | | | |
| 4. Fixed Retirement Annuity - Value Plus | | None | K | T | | | | | |
| 5. Flexible Annuity | | None | J | T | | | | | |
| 6. Condo, Spokane, WA - 8/15/00 - $33,000 | | None | K | R | | | | | |
| 7. FARMERS BANK | D | Interest | N | T | | | | | |
| 8. MUTUAL OF AMERICA (H) | | | | | | | | | |
| 9. Interest Accumulation Acct. | A | Interest | J | T | | | | | |
| 10. STRATEGIC PORTFOLIO SERVICE ADVANTAGE IRA (H) | | | | | | | | | |
| 11. Ameriprise Insured Money Market (AIMMA) | A | Int./Div. | M | T | Sold (part) | 10/26/12 | J | | |
| 12. | | | | | Sold (part) | 12/28/12 | J | | |
| 13. Market Vectors Agribusiness (MOO) | A | Dividend | J | T | | | | | |
| 14. Microsoft Corp. (MSFT) | A | Dividend | J | T | | | | | |
| 15. Apple, Inc. (AAPL) (X) | A | Dividend | J | T | Buy | 10/26/12 | J | | |
| 16. | | | | | Buy (add'l) | 12/28/12 | J | | |
| 17. Ishares High Dividend Equity ETF (HDV) (X) | A | Dividend | J | T | Buy | 10/26/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Patricia C. | 04/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. RVS RETIREMENT ADVISOR ADVANTAGE PLUS VA IRA | | None | K | T | | | | | |
| 19. AMERIPRISE BROKERAGE ACCOUNT (H) | | | | | | | | | |
| 20. Ameriprise Insured Money Market | A | Interest | J | T | | | | | |
| 21. MFS Diversified Income A (DIFAX) | B | Dividend | K | T | | | | | |
| 22. CNL Lifestyle Properties (CNLIDI) | B | Dividend | L | T | | | | | |
| 23. STRATEGIC PORTFOLIO SERVICE ADVANTAGE (H) | | | | | | | | | |
| 24. Ameriprise Insured Money Market (AIMMA) | A | Int./Div. | M | T | Buy (add'l) | 10/26/12 | K | | |
| 25. | | | | | Buy (add'l) | 12/28/12 | K | | |
| 26. Opp Global Strategic Income A (OPSIX) | D | Dividend | L | T | Sold (part) | 12/28/12 | K | B | |
| 27. Opp Main Street Sm Cap A (OPMSX) | A | Dividend | K | T | | | | | |
| 28. Columbia Mid Cap Value Opp (AMVAX) | A | Dividend | K | T | | | | | |
| 29. Fidelity Advisor Strategic Income A (FSTAX) | B | Dividend | K | T | Sold (part) | 12/28/12 | J | A | |
| 30. IShares IBOXX S Investments (LQD) | A | Dividend | K | T | | | | | |
| 31. IShares FTSE China 25 (FXI) | A | Dividend | | | Sold | 10/26/12 | J | | |
| 32. IShares MSCI Brazil Index Fund (EWZ) | A | Dividend | | | Sold | 10/26/12 | J | | |
| 33. IShares MSCI Canada Index Fund (EWC) | A | Dividend | J | T | | | | | |
| 34. Cisco Systems Inc. (CSCO) | A | Dividend | | | Sold | 10/26/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Patricia C. | 04/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Boeing Co. (BA) | A | Dividend | J | T | | | | | |
| 36. Berkshire Hathaway, Inc. (BRK) | | None | J | T | | | | | |
| 37. Columbia Large Cap Growth A (LEGAX) | A | Dividend | L | T | | | | | |
| 38. GREAT WESTERN BANK | A | Interest | L | T | | | | | |
| 39. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Patricia C. | 04/08/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. Line 11 - A portion was sold to purchase shares of AAPL (line #15) and HDV (line #17).

VII. Line 12 - A portion was sold to purchase additional shares of AAPL (line #16).

VII. Line 24 -Funds from the sale of FXI (line #31), EWZ (line #32) and CSCO (line #34) were deposited into AIMMA (line #24).

VII. Line 25 - Funds from the partial sale of OPSIX (line #26) and FSTAX (line #29) were deposited into AIMMA (line #25).

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Patricia C. | 04/08/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Patricia C. Williams**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544